UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BARHITE,

       Plaintiff,                                No. 12-13722

v.                                           District Judge Gershwin A. Drain
                                                Magistrate Judge R. Steven Whalen

DAVE SUMNER, ET AL.,

       Defendants.
_____/

## ORDER

      Before the Court is Plaintiff's Motion to Delay Summary Judgment Opinion/Order [Doc. #22]. Plaintiff filed a response to Defendants' motion for summary judgment. On August 21, 2013, I filed a Report and Recommendation recommending that the motion be granted on the basis of qualified immunity. In so recommending, I assumed Plaintiff's allegations to be true. There is no basis to grant this motion to delay.

      Accordingly, Plaintiff's Motion to Delay Summary Judgment Opinion/Order [Doc. #22] is DENIED.

      IT IS SO ORDERED.

                                                             s/ R. Steven Whalen
                                                            R. STEVEN WHALEN
                                                            UNITED STATES MAGISTRATE JUDGE

Date: August 22, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on August 22, 2013, electronically and/or by U.S. Mail.

                                                            s/Michael Williams
                                                            Case Manager to the
                                                            Honorable R. Steven Whalen